# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DESTANIE E.,** | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION** |
| **Plaintiff,** | |
| | **Case No. 2:25-CV-521-DAK-DAO** |
| **v.** | |
| | **Judge Dale A. Kimball** |
| **FRANK BISIGNANO,** | |
| | **Magistrate Judge Daphne A. Oberg** |
| **Defendant.** | |

This action against the Commissioner of the Social Security Administration for judicial review of the Social Security Administration's denial of disability benefits was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Daphne A. Oberg under 28 U.S.C. § 636(b)(1)(B). On April 22, 2026, Magistrate Judge Oberg issued a Report and Recommendation [ECF No. 13], recommending that the district judge reverse the Commissioner's decision and remand the case for additional administrative proceedings.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. As of the date of this Order, neither party has submitted an objection and the deadline for submitting an objection has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Oberg's

recommendation and analysis. The ALJ failed to consider whether E.'s anxiety disorder and PTSD were medically determinable impairments.  Such an error was not harmless.  Therefore, the court cannot conclude that the ALJ's decision is supported by substantial evidence.  The court adopts and affirms Magistrate Judge Oberg's Report and Recommendation in its entirety as the order of the court.  Accordingly, the court reverses the Commissioner's decision and remands the case for additional administrative proceedings.

DATED this 13th day of May 2026.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

2